UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEN QIN LI,

                Plaintiff,

        -against-

UNITED NATIONS; WORLD HEALTH ORGANIZATION,

                Defendants.

24-CV-3289 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

    On October 4, 2016, Plaintiff was barred from filing any new action *in forma pauperis* ("IFP") without first obtaining from the court permission to file. *See Li v. United Nations*, ECF 1:16-CV-5982, 6 (S.D.N.Y. Oct. 5, 2016), *appeal dismissed as frivolous*, No. 16-3759 (2d Cir. Feb. 22, 2017).[1] Plaintiff files this new *pro se* case, seeks IFP status, and has not sought permission to file from the court. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the October 4, 2016 order.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

---

[1] The bar order was imposed after Plaintiff repeatedly filed repetitive and frivolous lawsuits against the United Nations and World Health Organization, the same organizations he names as Defendants in this action.

The Clerk of Court is directed to enter judgment in this action.

SO ORDERED.

Dated: May 9, 2024
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge